eering Co; motion for Cuyahoga Appeals to certify; overruled. Dock. 6-2-25; 3 Abs. 377.

19188—Rosamond S. Barner v. Geo. T. Barner; motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-5-25; 3 Abs. 377.

19188—Rosamond S. Barner v. Geo. T. Barner; motion by deft. to strike from the files and dismiss motion of pltf. to certify; sustained. Dock. 6-5-25; 3 Abs. 377.

19189—National Coal Co. v. Gazy Mattsy; motion for Guernsey Appeals to certify; overruled. Dock. 6-2-25; 3 Abs. 377.

19220—Clifford S. Goby v. Minerva Engine Co. et al; motion by deft. for continuance of hearing of motion to certify for 30 days; allowed. Dock. 6-20-25; 3 Abs. 401.

19280—Samuel T. Paisley et al v. William Waterworth, guardian; motion for Cuyahoga Appeals to certify; dismissed on application of pltf. in error. Dock. 7-22-25; 3 Abs. 466.

## SUPREME COURT OF OHIO
### TUESDAY, OCT. 13, 1925

#### SUPREME COURT—GENERAL DOCKET

State ex v. Deckeback................ 19154
State ex. Retire. Bd. v. Perry Bd. Ed.... 19351
State ex. Retire. Bd. v. New Weston Bd.
Ed. ............................ 19353
State ex. Retire. Bd. v. Wabash Sp. Bd.
Ed. ............................ 19354
State ex. Retire. Bd. v. Sherman Bd. Ed. 19359
State ex. Retire. Bd. v. Short Rural Bd.
Ed. ............................ 19360
Zimmerman v. Morris Plan Bk........ 19156

#### SUPREME COURT—MOTION DOCKET

Cleve. & Drop Forge Co. v. Trav. Ind.
Co. ............................ 19185
Keller v. State ..................... 19193
Mahlman v. Hoover .................. 19192
Myers v. State ..................... 19195
N. Y., Chic, & St. L. Ry. Co. v. Biermacher ......................... 19190
Pike et v. Twin Lakes Co........... 19202
Simpson v. Fourth Nat. Bk.......... 19187
Smith v. State...................... 19200
State ex Crabbe v. Middletown Hyd. Co. 19207
Surman et v. Sueman ................ 19194
Tayer v. Sheriff of Hamilton County.... 19186
Youghiogheny & Ohio Coal Co. v. Paszka
................................ 19206
Zack v. State ...................... 19198

#### GENERAL DOCKET

19154—State, ex rel. Clark, v. Alfred F. Deckebach, Auditor of Cincinnati. In Mandamus. Judgment for respondent. Dock. 5-18-25, 3 Abs. 341.

19156—Albert R. Zimmerman v. Morris Plan Bank of Cleveland. Pet. err. dis. No const. quest., and alleged const. quest. not presented in Appeals. Dock. 5-20-25, 3 Abs. 341.

19351—State, ex rel. Retirement Board, v. Board of Ed., Perry District, Ashland Co., et al. In Mandamus. Plaintiff's claim satisfied. Judgment against defendants for costs. Dock. 9-11-25, 3 Abs. 580.

19353—State, ex rel. Retirement Board, v. Board of Ed., New Weston Dist., Darke Co., et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants fo rcosts. Dock. 9-11-25, 3 Abs. 580.

19354—State, ex rel. Retirement Board, v. Board of Ed., Wabash Special District, Darke Co., et al. In Mandamus. Defendants in default for answer or demurrer; judgment for plaintiff in sum of $204.14 and costs. Dock. 9-11-25, 3 Abs. 580.

19359—State, ex rel. Retirement Board v. Board of Ed. of Sherman District, Shelby Co., et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 9-19-25, 3 Abs. 595.

19360—State, ex rel. Retirement Board, v. Board of Ed. of Short Rural Dist., Shelby Co., et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 9-19-25, 3 Abs. 595.

#### MOTION DOCKET

19185—Cleveland & Drop Forge Co. v. Travelers Indemnity Co. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-4-25, 3 Abs. 277.

19186—Robert G. Thayer Ex Parte Sheriff Hamilton Co. Motion for Hamilton Appeals to certify. Allowed. Dock. 6-4-25, 3 Abs. 377.

19187—Wilbur E. Simpson, Admr., v. Fourth Nat'l. Bank of Cadiz, Ohio. Motion for Harrison Appeals to certify. Overruled. Dock. 6-4-25, 3 Abs. 377.

19190—New York, C. & St. L. Ry. Co. v. Christian Biermacher. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-9-25, 3 Abs. 377.

19192—Charles Mahlman v. Francis A. Hoover. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-9-25; 3 Abs. 386.

19193—Harry Keller v. State. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-9-25, 3 Abs. 386.

19194—Frank E. Surman et al. v. Frank H. Surman. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-9-25, 3 Abs. 386.

19195—Warl Myers v. State. Motion to dismiss pet. err. Sustained and pet. err. dismissed. Dock. 6-10-25, 3 Abs. 386.

19198—May Zack v. State. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-13-25, 3 Abs. 386.

19200—Dr. A. C. Smith v. State. Motion for Jefferson Appeals to certify. Overruled. Dock. 6-13-25, 3 Abs. 386.

19202.—P. W. Pike et al. v. Twin Lakes Co. Motion for Portage Appeals to certify. Overruled. Dock. 6-13-25, 3 Abs. 386.

19206—Youghiogheny and Ohio Coal Co. v. George Paszka. Motion for Jefferson Appeals to certify. Overruled. Dock. 6-14-25, 3 Abs. 386.

19207—State, ex rel. C. C. Crabbe, Atty. Genl., v. Middletown Hydraulic Co. Motion for order requiring defendant to separately state and number defenses of answer. Allowed. Dock. 6-14-25, 3 Abs. 386.

## Abstracts of Last Week's
## SUPREME COURT OPINIONS

### SYLLABUS.

No. 19364—The state, ex rel. C. L. Bloker, v. Gabel et al, Deputy State Supervisors of Elections.

No. 19365—The State, ex rel. Lloyd Diment, v. Gabel et al, Deputy State Supervisors of Elections. In Mandamus.

916. PETITION—For nomination of candidates must comply with 5001, 5002 and 5003 GC. or it will be rendered invalid.

MARSHALL, C. J.